## (August 30, 1976)

■ In the Matter of WILSON G. PRICE, Respondent, v STEPHEN MAY et al., Constituting the New York State Board of Elections, Respondents, and HENRY RADDA, Appellant. In the Matter of GEORGE F. McGUINNESS, Respondent, v STEPHEN MAY et al., Constituting the New York State Board of Elections, Respondents, and HENRY RADDA, Appellant.—Appeal from judgments of the Supreme Court at Special Term, entered August 27, 1976 in Albany County, which, in a proceeding pursuant to section 330 of the Election Law, granted petitioners' application for a voluntary discontinuance and denied appellant's cross motion to invalidate the designating petition of Bruce Caputo. Judgments affirmed, without costs, on the opinion of Miner, J., at Special Term. Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.

■ In the Matter of ABRAHAM THOMPSON, Respondent, v NEW YORK STATE BOARD OF ELECTIONS, Respondent, and JOHN E. FLYNN, Appellant.—Appeal from a judgment of the Supreme Court at Special Term, entered August 27, 1976, which, in a proceeding pursuant to section 330 of the Election Law, invalidated and declared null and void the designating petition and any certificate of nomination filed on behalf of John E. Flynn designating him as a candidate of the Conservative Party for the position of New York State Senate from the 35th Senatorial District, Counties of Westchester and Bronx. The present proceeding was not properly instituted within the 14-day period required by subdivision 1 of section 330 of the Election Law (see *Matter of Radda v Acito,* 54 AD2d 531). Judgment reversed, on the law and the facts, without costs. Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.